PROPOSED ORDER/COVER SHEET

TO: Honorable Howard Lloyd  
U.S. Magistrate Judge

RE: Jeannine Laura Baskins

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR 05-00604 RMW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel  
U.S. Pretrial Services Officer

408-535-5222  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

**FILED**  
JAN - 9 2006  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. The defendant shall not consume alcohol and shall not possess narcotics or controlled substances without a legal prescription;

B. The defendant shall participate in drug or alcohol counseling as deemed appropriate by Pretrial Services;

C. The defendant shall advise Pretrial Services prior to any travel between the Northern and Eastern Districts of California; and

D. The defendant shall not change residence without the prior approval of Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☑ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____  
JUDICIAL OFFICER

DATE 1/9/06

Cover Sheet (12/03/02)