**E-filed 3/22/06**

KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5065

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00604-JF |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS HEARING |
| JEANINE BASKINS, ) | |
| Defendant ) | |

The parties stipulate to a continuance of the scheduled March 22, 2006 status hearing to March 29, 2006 at 9:00 a.m. as the parties believe that they are close to resolving this matter by plea disposition, and Mr. Eibert needs the additional time to consult with Ms. Baskins. The parties stipulate to an exclusion of time from March 22 to March 29, 2006 for effective preparation and in the interest of justice. See 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

/s/                                                              /s/
_____                    _____
Mark Eibert, Esq.                                      Carlos Singh
Counsel for Jeanine Baskins                    Assistant United States Attorney

March ___, 2006                                     March ___, 2006

**SO ORDERED.**

_____
JEREMY FOGEL
United States District Judge

March _22_, 2006