**\*\*E-filed 5/15/06\*\***

Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Jeanine Baskins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JEANINE BASKINS,<br><br>  Defendant. | CR 05-00604 JF<br><br>JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER TO RESET SENTENCING DATE |

Defendant Jeanine Baskins, through hers attorney, and the United States, through its attorney, hereby stipulate and agree that the sentencing date for this case can be moved from its current date of July 12, 2006 to August 2, 2006.  The Probation Officer writing the Presentence Report has no objection to this request.

The reason for the change is that the U.S. Attorney handling this case will be busy with two trials in May and June and has scheduled a vacation for July.  Ms. Baskins is not in custody.

Therefore, the parties stipulate, agree and request that Ms. Baskin's sentencing be rescheduled for August 2, 2006.

Dated: May 10, 2006         */s/ Mark D. Eibert*
                             Mark D. Eibert

Dated: May __11__, 2005          ___/s/ Carlos Singh_____
                                 AUSA Carlos Singh

# **ORDER**

    Good cause appearing therefore, the sentencing of defendant Jeanine Baskins is hereby rescheduled to August 2, 2006.

Dated: May __15__, 2006          _____
                                 HON. JEREMY FOGEL
                                 United States District Judge

PROOF OF SERVICE

The undersigned hereby certifies that his business address is Post Office Box 1126, Half Moon Bay, CA 94019-1126, that he is not a party to this action, and that he is a citizen of the United States and a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date he caused a copy of:

STIPULATION TO RESET SENTENCING DATE

Re: <u>United States v. Jeanine Baskins</u>, CR 05-00604 JF

To be served by placing it in the mail at Half Moon Bay, California in a post-paid envelope sealed and addressed to:

| | |
|---|---|
| Carlos Singh, Esq.<br>Assistant U.S. Attorney<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 | Attorney for the Government |
| Mr. J.D. Woods<br>United States Probation Officer<br>280 South First Street, Suite 106<br>San Jose, CA 95113-3003 | Probation Officer |
| Ms. Jeanine Baskins<br>1055 Franquet<br>San Jose, CA 95125 | Defendant |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May __11__, 2006 at Half Moon Bay, California.

*/s/ Mark D. Eibert*
--------------------------------
Mark D. Eibert