**E-filed 7/27/06**

1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6     150 Almaden Blvd., Suite 900
      San Jose, California  95113
7     Telephone: (408) 535-5065

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. CR 05-00604-JF
                                    )
11              Plaintiff,           )
                                    )   STIPULATION AND ORDER
12         v.                        )   CONTINUING SENTENCING HEARING
                                    )
13 JEANINE BASKINS,                 )
                                    )
14              Defendant           )
                                    )
15
      The parties stipulate to a continuance of the scheduled August 2, 2006 sentencing hearing to
16
   September 6, 2006 at 9:00a.m. as the government needs the additional time to investigate a
17
   relevant sentencing matter.
18

19       /s/                                        /s/
   _____          _____
20 Mark Eibert, Esq.                        Carlos Singh
   Counsel for Jeanine Baskins              Assistant United States Attorney
21
   July 24, 2006                            July 24, 2006
22

23

24 **SO ORDERED.**

25
                                            _____
26                                          JEREMY FOGEL
   July _27_, 2006                          United States District Judge
27

28