**E-filed 9/5/06**

Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Jeanine Baskins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEANINE BASKINS,<br><br>Defendant. | CR 05-00604 JF<br><br>JOINT STIPULATION AND [P~~ROPOSE~~D]<br>ORDER TO RESET SENTENCING DATE |

Defendant Jeanine Baskins, through hers attorney, and the United States, through its attorney, hereby stipulate and agree that the sentencing date for this case can be moved from its current date of September 6, 2006 to October 4, 2006.  The Probation Officer who wrote the Presentence Report has no objection to this request.

The reason for the change is that the U.S. Attorney requires additional time to investigate a sentencing issue.  Ms. Baskins is not in custody.

Therefore, the parties stipulate, agree and request that Ms. Baskin's sentencing be rescheduled for October 4, 2006.

Dated: August 30, 2006              _/s/ Mark D. Eibert_
                                    Mark D. Eibert

Dated: August 30, 2006          ___/s/ Carlos Singh_____
                                AUSA Carlos Singh

## **ORDER**

Good cause appearing therefore, the sentencing of defendant Jeanine Baskins is hereby rescheduled to ~~August 2, 2006~~.  October 4, 2006.

Dated: ~~May __, 2006~~  8/31/06        _____
                                HON. JEREMY FOGEL
                                United States District Judge

PROOF OF SERVICE

The undersigned hereby certifies that his business address is Post Office Box 1126, Half Moon Bay, CA 94019-1126, that he is not a party to this action, and that he is a citizen of the United States and a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this date he caused a copy of:

STIPULATION TO RESET SENTENCING DATE

Re: <u>United States v. Jeanine Baskins</u>, CR 05-00604 JF

To be served by placing it in the mail at Half Moon Bay, California in a post-paid envelope sealed and addressed to:

Carlos Singh, Esq.                          Attorney for the Government
Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Mr. J.D. Woods                              Probation Officer
United States Probation Officer
280 South First Street, Suite 106
San Jose, CA 95113-3003

Ms. Jeanine Baskins                         Defendant
1055 Franquet
San Jose, CA 95125

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2006 at Half Moon Bay, California.

*/s/ Mark D. Eibert*
-------------------------------
Mark D. Eibert